IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MICHAEL JOE ELLIS, (TDCJ-CID #00269408) Plaintiff, vs. BRAD LIVINGSTON, et al., Defendants. | § § § § § § § § § § § CIVIL ACTION H-12-2753 |

**FINAL JUDGMENT**

For the reasons stated in this court's Memorandum and Opinion entered this date, this civil action is dismissed with prejudice.

This is a final judgment.

SIGNED on May 8, 2013, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge