IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MICHAEL JOE ELLIS, (TDCJ-CID #00269408) | § § § | |
| Plaintiff, | § § § | |
| vs. | § | CIVIL ACTION H-12-2753 |
| BRAD LIVINGSTON, et al., | § § § § | |
| Defendants. | § | |

## FINAL JUDGMENT

For the reasons stated in this court's Memorandum and Opinion entered this date, this civil action is dismissed with prejudice.

This is a final judgment.

SIGNED on May 8, 2013, at Houston, Texas.

Lee H. Rosenthal
United States District Judge